THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* PETER CALABRESE, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CARL DI MARCO, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HARRY WILLIAMS, Appellant.

Argued May 27, 1953; decided July 14, 1953.

*John J. Sheehan* and *George Nicolau* for appellants.

*Samuel Faile, District Attorney* (*John J. O'Brien* of counsel), for respondent.

Judgments affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and VAN VOORHIS, JJ. FROESSEL, J., dissents upon the ground that the prosecutor's cross-examination of the defendant Calabrese amounted to prejudicial error.